1 BARRY J. PORTMAN
Federal Public Defender
2 JOYCE LEAVITT
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 (510) 637-3500

5 Counsel for Defendant JENNINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR 11-0455 DMR |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS DATE; |
| | ) EXCLUSION OF TIME |
| | ) |
| KENNETH E. JENNINGS, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status/change of plea date in this case, previously set for December 8, 2011 at 9:30 a.m., before Honorable Magistrate Donna M. Ryu may be continued to December 21, 2011, at 1:00 p.m. for status or change of plea. The reason for the request is that defense counsel is unavailable on December 8, 2011 and also unavailable during the week of December 12, 2011 because she will be in trial.

The parties stipulate that the time from December 8, 2011 to December 21, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

*U.S. v. Jennings*, CR 11-0455 DMR; Stip to
Cont. Status/Change of Plea         - 1 -

1 | (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 12/06/11   _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 12/06/11   _____/s/_____
CHRISTINA MCCALL
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status/change of plea date in this case, previously set for December 8, 2011 at 9:30 a.m., before Honorable Magistrate Donna M. Ryu may be continued to December 21, 2011, at 1:00 p.m. for status or change of plea due to the unavailability of defense counsel.

IT IS FURTHER ORDERED that the time from December 8, 2011 to December 21, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel because defense counsel is unavailable on December 8, 2011, and in trial during the week of December 12, 2011.

SO ORDERED.

DATED: December 7, 2011   _____
DONNA M. RYU
United States Magistrate Judge